# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff)

AArron L Evitch

v.

(Full name of defendant(s))

DOC Divison of Community Correction's

Shirley Heese-Whitman

Stephanie Dormady

Case Number:

23-C-0134

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

1402 E Royalton St Waupaca wi, 54981
(Address of prison or jail)

2. Defendant DOC Divison of community correctons, Shirley Heese-whitman Stephanie Dormady
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at _____
(Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for DOC Division of community corrections, ~~922~~ 922 Churchill st Waupaca WI 54981  (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I AArron Evitch am an inmate at Waupaca Co Jail in Wisconsin. On 12/04/22 I was arrested, on 12/06/22 my agent Stephanie Dormady came to the Jail and asked me AArron Evitch if I would like to make a statement. I AArron Evitch made a statement saying "I want a lawyer", witch I signed and dated. On 12/07/22 agent Stephanie Dormady came Back to the Jail and tryed speaking to me AArron Evitch without a lawyer present, I aarron Evitch refused to speak with her. On 12/08/22, Agent Stephanie Dormady came Back to the Jail without a lawyer present and came to my cell door and slid a notice of a preliminary Hearing for Revocation through my cell door. the Hearing was to Be set For 12/13/22 at 3pm By Waupaca Co Jail via Zoom. At the time of the Hearing agent Stephanie Dormady, and magistrate Shirley Hase Whiteman and my self AArron Evitch were present. When the Hearing Began Shirley Haese-Whitman asked

Complaint – 2

me AArron Evitch IF I wanted to continue without counsel present or AdJorn the Hearing For a later date. I AArron Evitch stated I would like this Hearing set for a later date, For I am waiting on counsel to Be apointed. on 12/16/22, Shirley Haese Whitman came to the Jail at 2:10, 2:20pm to advise me my preliminery Hearing would proceed rather counsel was apointed or not, on 12/19/22 at 1pm. I AArron Evitch tried to explain I've Been preapproved for a court appointed lawyer on 12/06/22 and am still waiting for counsel to Be appointed. magistrate, Shirley Haese Whitman stated I AArron Evitch Had untill 12/19/22 at 1pm to find counsel. on 12/19/22 at 1pm Agent Stephanie Dormedy, magistrate Shirley Haese-Whitman, and my self AArron Evitch appeared By via Zoom, Before the Hearing Started I asked if this Hearing was Being Documented for legal Reasons in the future and was advised It was not. I AArron Evitch tried to explain once agian that the Waupaca Co public Defender's office has yet to apoint me counsel. Shirley Haese Whitman told me multipul times I was more then cappable to represent my self. I tried to tell Shirley Haese Whitman, It was my right to have counsel present that I aarron Evitch never waved any of my rights. Agent Stephanie Dormedy told Shirley Haese Whitman she was going to mute me, aarron Evitch and they could proceed. I AArron Evitch Feel my constitutional and

Complaint – 3

Cival rights Have Been violated. I Feel Ive Been Harrassed and the pain these wrong Doings Have already Brought upon my self and my family are unspeakable. and I Believe its Because agent Stephanie Dormady and magistrate Shirley Haese Whitman, trusted members of the D.O.C Divison of community correction, abused thier power and position to make thier Job's a little Bit less Difficualt.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $50,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Belive a 50,000 dollar settlement is more then reasonable for the violation of my constitutional and cival Rights By the D.O.C Divison of community corrections. I would also ask that my revacation Be over turned and that Agent Stephanie Dormedy and Shirley Hase Whitman Be forcsed to resign from thier positions.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __05__ day of __January__ 20__23__.

   Respectfully Submitted,

   _Aaron C. ith_
   Signature of Plaintiff

   __129866__
   Plaintiff's Prisoner ID Number

   __1402 E Royalton St Waupaca WI 54981__

   _____
   (Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5