# United States District Court
EASTERN DISTRICT OF WISCONSIN

AARON L. EVITCH,

          Plaintiff,

   v.

DOC DIVISION OF COMMUNITY
CORRECTIONS, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-134

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED without prejudice.

Approved: s/ William C. Griesbach
           WILLIAM C. GRIESBACH
           United States District Judge

Dated: April 7, 2023

GINA M. COLLETTI
Clerk of Court

s/ Mara A. Corpus
(By) Deputy Clerk